CASE NO. 35CV-15-464

IN THE CIRCUIRT COURT OF 11th

JUDICIAL DISTRICT WEST CIRCUIT IN AND FOR

JEFFERSON COUNTY, ARKANSAS

PINE BLH AR            )N

{

{

{

{

{

{

SOVEREIGN PROFESSIONAL SERVICES FOR BUSINESS OWNER

LAKESHIA RASHAWN EDMOND

        Plaintiff,

Vs.

FAIR CREDIT COLLECITONS AND OUTSOURCING

        Defendant

**COMPLAINT FOR DAMAGES AND DEMAND  FOR SUMMARY JUDGEMENT**

Plaintiff, LAKESHIA RASHAWN EDMOND, by and through undersigned counsel, who hereby represents herself

pro-se , hereby sue Defendants FAIR CREDIT COLLECTIONS AND OUTSOURCING  for damages and in support thereof, state as follows:

*TORT NEGLIENCE*

1.  This is an action for damages for in excess of maximum jurisdictional limits of this Court, and exclusive of costs and interest and otherwise within the jurisdiction of this court.

FILED IN MY OFFICE AND SUMMONS
ISSUED AT 9:37 O'CLOCK AM
Sept 02, 2015            DATE
LAFAYETTE WOODS, SR., CLERK
Lisa Harris

COMPLAINT FOR DAMAGES AND DEMAND  FOR SUMMARY JUDGEMENT

*A.* Plaintiff LaKeshia RaShawn Edmond, spoke with creditor Fair Credit and Outsourcing Collections regarding account number 3477503 in which Plaintiff stated that she had no knowledge of the account.

*B.* Plaintiff stated that in November where she provided creditor proof of address, and her current social security number.

*C.* Defendant stated that her account did meet Fair Credit Reporting Act due invalid social security number on rental contract.

*D.* Plaintiff spoke with representatives Brent and Henry Hartley who both stated that there was account associated with Plaintiff's social security number.

*E.* Defendant sent signed rental agreement but did not have Plaintiffs valid social security number  rental application.

*F.* Defendants did not provide any proof of payment where Plaintiff took possession of unit/dwelling.

*G.* Lease agreements show no copies of where proof of payment nor does the amounts match to the creditor Fair Credit Collections and Outsourcing.

*H.* Per email conversation with Fair Credit Collections and Outsourcing agent Renee Carrol, stated that they had no further information to provide.

*I.* Plaintiff was denied leasing an apartment due to Fair Credit Collections and Outsourcing reporting Plaintiff as owing Defendant.

*J.* Plaintiff still resides at homeless shelter in Fort Worth Texas and has asked made several attempts to have this removed from her credit reports that began in November of 2014.

*K.* Plaintiff and Business owner LaKeshia Edmond provided current copy of bank statement on 08/26/2015.

## Demand for Relief

WHEREFORE, the Plaintiff and business owner LaKeshia RaShawn Edmond, who suffers from Schizophrenia a mental illness, demands summary judgement against Defendant Fair Collections and Outsourcing for the sum of 25 billion in professional and personal damages.

**Plaintiff Demand**

**Plaintiff demands are civil summary judgement settlement.**

Dated this 26th day of August 2015

LaKeshia R. Edmond

Pro-Se



```
              ____   STFD 1 THF TRANSACTION STMT FORMAT      115/08/25 15.41.05
STMT        CO 10043 OP                MS 50852 ACTION COMPLETE
ACTION            COID                  ACCT COND AOP RELATED |PBS CREDITS
PROD CODE DDA    ACCT       7004182239  SHORT NAME LAKESHIA R EDMOND
CURR CODE                   PAGE    7   SEARCH FROM 115/07/15 THRU 115/08/07
ACTN   POST  EFFECTIVE CHECK NUMBER   TRAN AMOUNT  D/C  OD          BALANCE
       TRACE ID                DESCRIPTION
____  * 08/05                          167.50   C                    97.26
        43000011508050025147 DEPOSIT
____  * 08/05                           37.00   D                    60.26
        97000011508040218364 FEE - RETURNED ITEM
____  * 08/06                           37.00   C                    97.26
        SST11508061019131011 RETURNED CHECK FEE REFUND
____  * 08/06                           19.70   D                    77.56
        POS10806074949000009 PMT AMAZON.COM AMAZON.COM     SEATTLE      WA
____  * 08/06                           37.00   D                    40.56
        43000011508060025456 WITHDRAWAL
____  * 08/06          0199             25.00   D                    15.56
        97000011508060606090 CHECK (SUBSTITUTE)
____  * 08/07                            2.93   D                    12.63
        FDR10806083327525909 VISA 6TH STREET SUNDRY MART FORT WORTH TX
____  * 08/07                           15.48   D    Y                2.85-
        FDR10806084537032804 VISA SUNDANCE SUNDRIES&GIFT FORT WORTH TX
PF: 1-HELP 3-PLVL 7-SB 8-SF 9-ASUM 10-TRIG 11-CUTO -STSM
    3270 PASSTHRU EMULATION        08/25/15                      02:41:05
```

```
                  STFD 1 THF TRANSACTION STMT FORMAT      115/08/25 15.41.08
STMT      CO 10043 OP                  MS 50852 ACTION COMPLETE
ACTION         COID              ACCT COND AOP RELATED |PBS CREDITS
PROD CODE DDA   ACCT      7004182239    SHORT NAME LAKESHIA R EDMOND
CURR CODE                  PAGE    8    SEARCH FROM 115/07/15 THRU 115/08/19
ACTN   POST   EFFECTIVE CHECK NUMBER   TRAN AMOUNT  D/C  OD         BALANCE
        TRACE ID                 DESCRIPTION
_____ * 08/07                         9.10     D     Y          11.95-
        FDR10806084814033330 VISA SUNDANCE SUNDRIES&GIFT FORT WORTH TX
_____ * 08/10                        37.00     D                48.95-
        FDR10806084537032804 FEE - OVERDRAFT
_____ * 08/10                        37.00     D                85.95-
        FDR10806084814033330 FEE - OVERDRAFT
_____ * 08/14                        13.00     D                98.95-
        I-GEN115081400001512 MAINTENANCE FEE
_____ * 08/14                        13.00     C                85.95-
        I-GEN115081400001513 ACCESS CHECKING DIRECT DEPOSIT
_____ * 08/14                         6.00     D                91.95-
        I-GEN115081400001514 CONTINUOUS OD FEE
_____   08/17                         6.00     D                97.95-
        I-GEN115081700001794 CONTINUOUS OD FEE
_____   08/18                         6.00     D               103.95-
        I-GEN115081800001596 CONTINUOUS OD FEE
PF: 1-HELP 3-PLVL 7-SB 8-SF 9-ASUM 10-TRIG 11-CUTO -STSM
     3270 PASSTHRU EMULATION          08/25/15                  02:41:09
```

```
               ____  STFD 1 THF TRANSACTION STMT FORMAT      115/08/25 15.41.11
STMT       CO 10043 OP              MS 50852 ACTION COMPLETE
ACTION          COID                ACCT COND AOP RELATED |PBS CREDITS
PROD CODE DDA    ACCT     7004182239  SHORT NAME LAKESHIA R EDMOND
CURR CODE                 PAGE    9   SEARCH FROM 115/07/15 THRU 115/08/20
ACTN   POST   EFFECTIVE CHECK NUMBER   TRAN AMOUNT  D/C  OD        BALANCE
        TRACE ID                     DESCRIPTION
____    08/19                              6.00    D              109.95-
        I-GEN115081900001660 CONTINUOUS OD FEE
____    08/20                             37.00    D              146.95-
        97000011508192647907 FEE - RETURNED ITEM
____    08/20                              6.00    D              152.95-
        I-GEN115082000001575 CONTINUOUS OD FEE
```

```
PF: 1-HELP 3-PLVL 7-SB 8-SF 9-ASUM 10-TRIG 11-CUTO -STSM
    3270 PASSTHRU EMULATION        08/25/15                        02:41:11
```

MD3
SOCIAL SECURITY ADMINISTRATION                    CDJVE3

## DISABILITY DETERMINATION AND TRANSMITTAL

| 1. DESTINATION | | | | | 2. DDS CODE | 3. FILING DATE | 4. SSN | | BIC (IF CDB or DWB CLAIM) |
|---|---|---|---|---|---|---|---|---|---|
| MRS | DEO | DRS | DDB | INTPSC | S49 | 06/13/13 | ⬤⬤⬤-⬤⬤ | | |
| ☒ | ☐ | ☐ | ☐ | | | | | | |

| 5. NAME AND ADDRESS OF CLAIMANT (Include ZIP Code) | 6. WE'S NAME (IF CDB or DWB CLAIM) |
|---|---|
| LAKESHIA RASHAWN EDMOND | |
| 11504 GLORIOSA DR | |
| KELLER TX 76244 | |

7. TYPE CLAIM (Title II)

| DIB | HZ | DWB | LDE-P | CDB-D | PD-R | WD-D | KD | P-R | J-D | MQPE |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ INDIB |

8. TYPE CLAIM (Title XVI)

| DI | DS | IC | BI | BS | BC |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 9. DATE OF BIRTH | 10. PRIOR ACTION | 11. REMARKS |
|---|---|---|
| 11/29/79 | PD ☒  PI ☐ | (817)741-7905 (682)622-1197 |

| 12. DESIRED BRANCH OFFICE ADDRESS (Include ZIP Code) | DO-BO CODE |
|---|---|
| Federal Bldg | |
| 819 Taylor St Rm 1-A-07 | 821 |
| Fort Worth TX 76102 | |

RECEIPTED 07/11/13
AOD 08/30/12
DLI 12/31/2016

| 13. DO-BO REPRESENTATIVE | 14. DATE | 11A. ☐ Presumptive Disability | 11B. ☐ Impairment |
|---|---|---|---|
| (866) 704-4858 | | | |

## DETERMINATION PURSUANT TO SOCIAL SECURITY ACT, AS AMENDED

| 15. CLAIMANT DISABLED | 16A. PRIMARY DIAGNOSIS | BODY SYS. | CODE NO. | 16B. SECONDARY DIAGNOSIS | CODE NO. |
|---|---|---|---|---|---|
| A. ☒ Disability Began    04/10/13 | Schizophrenic, Paranoid and other functional psychotic disorders | 12 | 2950 | None established | 6490 |
| B. ☐ Disability Ceased | | | | | |

| 17. DIARY TYPE | MO./YR. | REASON |
|---|---|---|
| MRN | 09/16 | 3 |

18. CASE OF BLINDNESS AS DEFINED IN SEC. 16I4(a)(2)/(216)(i)

19. CLAIMANT NOT DISABLED

| A. ☐ Not Disab. for Cash Bene. | B. ☐ Disab. for Cash Benefit Purp. Beg. |
|---|---|

| A. ☐ Through Date or Current Determination | B. ☐ Through | C. ☐ Before Age 22 (CDB only) |
|---|---|---|

| 21. VOCATIONAL BACKGROUND | OCC. YRS. | ED YRS. | 21. VR ACTION | SC IN | SC OUT | Prev Ref |
|---|---|---|---|---|---|---|
| | | 13 | | A. ☐ | B. ☐ | C. ☐ |

| 22. REG-BASIS CODE | 25. MED LIST NO. | 24. MOB CODE | 25. REVISED | 26A. Initial Recon | Recon DHU | A. Hearing | Appeals Council | U.S. District Court |
|---|---|---|---|---|---|---|---|---|
| CJ-1520 (f) | | | PRI ☐ | A. ☒  B. ☐ | C. ☐ | D. ☐ | E. ☐ | F. ☐ |

| 26. MISC (4) | A. | B. | C. | D. | E. | F. |
|---|---|---|---|---|---|---|

27. RATIONALE
☐ See Attached
☐ SSA-4268-U4/U4         ☐ Check if Vocational Rule Not Cite Rule >

28. ☐ A. ☒ Period of Disability  B. ☐ Disability Period  C. ☒ Estab Beg    AND  D. ☐ Continues  E. ☐ Term

| 29. PREPARED BY | 30. DISABILITY EXAMINER-DDS | 31. DATE | 32 PHYSICIAN OR MEDICAL SPEC. SIGNATURE | 33. DATE |
|---|---|---|---|---|
| | Felicia Lofton | 10/08/13 | See eCAT DDE dated 2013-10-03 | 10/03/13 |

| 32A. PHYSICIAN OR MEDICAL SPEC. NAME (Stamp, Print or Type) | 32B. SPEC. CODE |
|---|---|
| Sarah Jackson PHD | 38 |

34. REMARKS
Clmt is capable per Dr. HILBORN rpt dated 09/26/13
CHANGE IN ONSET SSA L1157-U2-DI

MULTIPLE IMPAIRMENTS CONSIDERED

☐ 34a. COMBINED MULTIPLE NONSEVERE-SEVERE
☐ 34b. COMBINED MULTIPLE NONSEVERE-NONSEVERE

| 35. BASIS CODE | 36. REV.DET. 37. SSA REPRESENTATIVE | SSA CODE | 38. DATE |
|---|---|---|---|
| | CODES | | |

Form   SSA-531-U3   (2-83)        Electronic Input: ☐ DECISION   ☐ CASE CONTROL



Your accounts that may be considered negative (continued)

| | | | | |
|---|---|---|---|---|
| **FAIR COLLECTIONS &** **OUTSOURCING** 12304 BALTIMORE AVE STE E BELTSVILLE MD 20705 **Phone number** (877) 324 7959 **Partial account number** 3477503 **Original creditor** AMLI AT FOSSIL LAKE 1205350 | **Date opened** May 2009 **First reported** Aug 2009 **Date of status** Aug 2009 | **Type** Collection **Terms** 1 Months **Monthly payment** Not reported | **Credit limit or original amount** $7,647 **High balance** Not reported | **Recent balance** $7,647 as of May 2011 | **Responsibility** Individual **Status** Collection account. $7,647  past due as of May 2011. This account is scheduled to continue on record until Jan 2016 **Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act) **Your statement** "I HAVE NO KNOWLEDGE OF THIS ACCOUNT " This item was updated from our processing of your dispute in Nov 2014. |

**Payment history**

| 2011 | | | | | | | | | | | 2010 | | | | | | | | | | | | 2009 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | | DEC | NOV | OCT | SEP | AUG | |
| C | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | C | ND | ND | ND | ND | ND | ND | ND | ND | C | | | | | | |

| | | | | |
|---|---|---|---|---|
| **RS CLARK AND ASSOCIATES** 12990 PANDORA DR STE 150 DALLAS TX 75238 **Phone number** (214) 503 1482 **Partial account number** 40462001628051 **Original creditor** WOODRIDGE APTS PREMIER | **Date opened** May 2014 **First reported** Aug 2014 **Date of status** Aug 2014 | **Type** Collection **Terms** 1 Months **Monthly payment** Not reported | **Credit limit or original amount** $2,122 **High balance** Not reported | **Recent balance** $2,122 as of Apr 2015 | **Responsibility** Individual **Status** Collection account This account is scheduled to continue on record until Jan 2021. **Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act) This item was updated from our processing of your dispute in Dec 2014 |

**Payment history**

| 2015 | | | | 2014 | | | | |
|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| C | C | C | C | C | C | C | C | C |

| | | | | |
|---|---|---|---|---|
| **SEVENTH AVENUE** 1112 7TH AVE MONROE WI 53566 **Phone number** (800) 218 6843 **Partial account number** 524768871 . . | **Date opened** Nov 2011 **First reported** May 2012 **Date of status** May 2012 | **Type** Charge Card **Terms** Not reported **Monthly payment** Not reported | **Credit limit or original amount** Not reported **High balance** $144 | **Recent balance** $144 as of Oct 2013 | **Responsibility** Individual **Status** Account charged off  $144 written off  $60  past due as of Oct 2013 This account is scheduled to continue on record until Oct 2018. |



# EQUIFAX

## CREDIT FILE : June 16, 2015
## Confirmation # 5160034437

Dear Lakeshia Rashawn Edmond:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

| The Results Of Our Reinvestigation |
|---|

### >>> We have reviewed your concerns and our conclusions are:
The disputed accounts credit systems internation FAC /9442932 and trident asset managent /9007531740 are Currently not reporting on the Equifax credit file.

| Collection Agency Information (This section includes accounts that have been placed for collection with a collection agency.) |
|---|

**>>> We have researched the collection account. Account # - 105829287 The results are:** This creditor is currently reporting a zero balance for this account. If you have additional questions about this item please contact: **Credit Systems, PO Box 1088, Arlington TX 76004-1088**

Credit Systems; Collection Reported 06/2015; Assigned 11/2011; Creditor Class - Medical/Health Care; Client - Radiology Assoc of North Tex; Amount - $42 ; Status as of 06/2015 - Paid; Date of 1st Delinquency 08/2011; Balance as of 06/2015 - $0 ; Last Payment Date 05/2015; Individual Account; Account # - 105829287; **Address:** PO Box 1088  Arlington TX 76004-1088 : (817) 640-1093

**>>> We have researched the collection account. Account # - 109499605 The results are:** This creditor is currently reporting a zero balance for this account. If you have additional questions about this item please contact: **Credit Systems, PO Box 1088, Arlington TX 76004-1088**

Credit Systems; Collection Reported 06/2015; Assigned 01/2014; Creditor Class - Medical/Health Care; Client - Radiology Assoc of North Tex; Amount - $59 ; Status as of 06/2015 - Paid; Date of 1st Delinquency 10/2013; Balance as of 06/2015 - $0 ; Last Payment Date 05/2015; Individual Account; Account # - 109499605; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; **Address:** PO Box 1088  Arlington TX 76004-1088 : (817) 640-1093

**>>> We have researched the collection account. Account # - 3477503 The results are:** We verified that this item belongs to you. If you have additional questions about this item please contact: **Fair Collections & Outsour, 12304 Baltimore Ave Ste E, Beltsville MD 20705-1314 Phone: (240) 374-5400**

( Continued On Next Page )

5160034437APPLADM-001964645- 6570 - 10067 - A

00000030043 F0ECA061715022157000000 01 000000
001964645-6570
Lakeshia Rashawn Edmond
11504 Gloriosa Dr
Fort Worth, TX 76244-7705

P. O. Box 105518
Atlanta, GA 30348





Lakeshia Edmond <lakeshiaedmond@gmail.com>

## RE: 3477503
2 messages

---

**Renee Carroll** <rcarroll@fco.com>                                    Wed, Aug 26, 2015 at 8:37 AM
To: Lakeshia Edmond <lakeshiaedmond@gmail.com>

Our office sent you the information we have on file, if you have additional questions you can contact the collectors at 877-324-7959.


**Renee Carroll**
**Compliance Officer**
**Fair Collections & Outsourcing, Inc.**
**12304 Baltimore Ave Suite E**
**Beltsville, MD. 20705**
**Direct Phone:    240-374-5451**
**Direct Fax:       240-374-5651**
**rcarroll@fco.com**



**From:** Lakeshia Edmond [mailto:lakeshiaedmond@gmail.com]
**Sent:** Wednesday, August 26, 2015 9:37 AM
**To:** Renee Carroll
**Subject:** Re: 3477503


I am trying to send out information to confirm this account.


On Tue, Aug 25, 2015 at 2:30 PM, Renee Carroll <rcarroll@fco.com> wrote:

Do you need additional information?


**Renee Carroll**
**Compliance Officer**
**Fair Collections & Outsourcing, Inc.**
**12304 Baltimore Ave Suite E**
**Beltsville, MD. 20705**
**Direct Phone:    240-374-5451**
**Direct Fax:       240-374-5651**
**rcarroll@fco.com**

*FCO*

---

**From:** Lakeshia Edmond [mailto:lakeshiaedmond@gmail.com]
**Sent:** Tuesday, August 25, 2015 3:26 PM
**To:** Renee Carroll
**Subject:** Hi


Hi  Renee its me LaKeshia Edmond and I was contacting you regarding the reference number 3477503.


I wanted to make sure that we received the following information.


All the rental information that FCO has.


Is that correct?


You have provided everything in this customer's file.


Thank-you for your time and patient in this matter.


Sincerely,


LaKeshia Edmond


**Lakeshia Edmond** <lakeshiaedmond@gmail.com>                                Wed, Aug 26, 2015 at 8 40 AM
To: Renee Carroll <rcarroll@fco.com>

Thank-you
[quoted text hidden]



*Fair Collections & Outsourcing, Inc.*

12304 Baltimore Ave. STE #E
Beltsville, MD 20705

**Forwarding Service Requested**

08/19/2015
RE: <u>AMLI AT FOSSIL LAKE - (44760)</u>
Reference Account Number: <u>3477503</u>

**LAKESHIA EDMOND**
**11504 GLORIOSA DR**
**KELLER, TX 76244**

| Account Number: 3477503 | Assigned Principal: | Payments To FCO: | Account Balance: |
|---|---|---|---|
| Creditor: AMLI AT FOSSIL LAKE · (44760) | $7,646.80 | $0.00 | $7,646.80 |

## VERIFICATION OF THE DEBT

**To LAKESHIA EDMOND**

Enclosed per your request is verification of the above referenced debt for $7,646.80.

If you have any questions, please contact your collector.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Should you have any questions, please feel free to contact this office at the numbers listed below.

Sincerely,
Collections Department

12304 Baltimore Ave Suite #E, Beltsville, MD 20705
Tel: 240.374.5400 / 877.324.7959 - Fax: 240.374.5651 - www.fco.com

See additional page for important information regarding state and federal laws and your rights.
If you do not receive all pages of this communication, please contact this office immediately

# AMLI
## RESIDENTIAL

## RENTAL APPLICATION

AN APPLICATION MUST BE PROCESSED FOR ALL OCCUPANTS 18 YEARS OF AGE OR OLDER WHO WILL BE OCCUPYING THE APARTMENT BEFORE IT CAN BE CONSIDERED BY MANAGEMENT

CONSULTANT: _____  DATE LEASED: February 27, 2008  TIME: 10:46 AM
COMMUNITY: AMLI at Bluff Lake  SCHEDULED MI DATE: 4/26/2008
APARTMENT: 1-113  LEASE TERM: 14  RENTAL AMOUNT: 1070

### * APPLICANT *
APPLICANT: Write n/a when information does not apply.

### * RESIDENT HISTORY *
HAVE YOU, OR ANY OCCUPANT LISTED IN THIS APPLICATION EVER BEEN EVICTED OR ASKED TO MOVE OUT OF AN APARTMENT OR HOME? YES ( ) NO ( )

### * EMPLOYMENT *

### * OTHER INCOME *

### * MISCELLANEOUS DATA *
HAVE YOU, OR ANY OCCUPANT LISTED IN THIS APPLICATION EVER BEEN CONVICTED OF OR PLEADED GUILTY OR NO CONTEST TO A FELONY AND/OR A MISDEMEANOR? YES ( ) NO ( )

### SIGNATURE

A non-refundable Application Fee of $ ___ is required for the processing of the application.
A non-refundable Administrative Fee of $ ___ is required for the preparation of this application and related lease documentation.
A deposit of $ 500 is also required at this time. If the applicant is approved, this deposit will be applied to the security deposit at the time of move-in.

I HAVE READ AND UNDERSTAND THE FOREGOING PROVISIONS.

SIGNATURE: _____  DATE: 02-27-08

LIVE LIFE. LOVE LIFE.



*Fair Collections & Outsourcing, Inc*

12304 Baltimore Ave. STE #E
Beltsville, MD 20705

**Forwarding Service Requested**

07/20/2015
RE: <u>AMLI AT FOSSIL LAKE - (44760)</u>
Reference Account Number: <u>3477503</u>

**LAKESHIA EDMOND**

**SENT VIA EMAIL**

| | Assigned Principal: | Payments To FCO: | Account Balance: |
|---|---|---|---|
| **Account Number:** 3477503 **Creditor:** AMLI AT FOSSIL LAKE - (44760) | $7,646.80 | $0.00 | **$7,646.80** |

## VERIFICATION OF THE DEBT

To LAKESHIA EDMOND

Enclosed per your request is verification of the above referenced debt for $7,646.80.

If you have any questions, please contact your collector.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Should you have any questions, please feel free to contact this office at the numbers listed below.

Sincerely,
Collections Department

<div align="center">

12304 Baltimore Ave Suite #E, Beltsville, MD 20705
Tel: 240.374.5400 / 877.324.7959 - Fax: 240.374.5651 - www.fco.com

See additional page for important information regarding state and federal laws and your rights.
If you do not receive all pages of this communication, please contact this office immediately

</div>

09/23/2009 WED 13:17  FAX                                           2002/005

OneSite - Final account statement - LaKeshia Edmond                          Page 1 of 2

**AMLI at Fossil Lake**
5860 Travertine Ln
Fort Worth  TX  76137

Lakeshia Edmond
5929 Siltstone Lane #416
Fort Worth  TX  76137

## Final account statement

| Ledger Account at move-out | | FAS Prepared | |
|---|---|---|---|
| 08/20/2008-09/23/2008 | $.99 | Date | 04/21/2009 |
| 09/20/2008-10/20/2008 | $.99 | User | Harris, Tiffany |
| Eviction or legal fees - Edmond | 67.00 | | |
| Late Fees | 380.00 | Pay to | |
| Re-let Fee - Edmond | 1,003.00 | Edmond  LaKeshia | |
| Rent | 2,350.00 | | |
| SE 08/20/2008-09/20/2008 | 4.82 | | |
| Se 09/20/2008-10/20/2008 | $.98 | Lease information - Unit  4-416 | |
| Service Admin Fee | 8.00 | Move in | 07/18/2008 |
| Skip Rent | 3,068.00 | Notice given | 12/18/2008 |
| Skip Rent - Edmond | 1,180.00 | Lease expires | 09/21/2009 |
| Trash Fee Receipts - 08/20/08 10/20/08 | 5.99 | Move out | 04/18/2009 |
| Trash Fee Receipts  10/20/08-12/10/08 | 8.85 | Move out reason | Evicted for non payment of |
| WA 08-20-2008 09/23/2008 | 5.66 | | rent |
| WA 09-20/2008 10/20/2008 | 5.99 | | |
| Water  Submetering Receipts  09/2008 | 15.97 | | |
| 10/2008 | | | |
| Water  Submetering Receipts - 10/2008- | 14.37 | | |
| 12-10/08 | | | |
| Balance at move out | 8,145.80 | | |
| | | | |
| **Deposit Activities** | | | |
| Deposit Received | (225.00) | | |
| Deposit Received | (275.00) | | |
| Total Deposits on hand | (500.00) | | |
| | | | |
| **Additional charges/credits/payments after move-out** | | | |
| Total additional charges / credits / payments | 0.00 | | |
| | | | |
| **Final Account balance** | | | |
| Balance at move-out | 8,145.80 | | |
| Total Deposits | (500.00) | | |
| Total additional charges / credits / payments | 0.00 | | |
| Total account balance due | 7,645.80 | | |

This is the Final Account Statement for your apartment which itemizes charges and/or credits that were applied to your
account. You have 14 days to either pay the balance on your account or dispute the validity of this debt, or any portion thereof.
If one of these actions is not taken within 14 days  the account will be assigned to our collection agency and reported to the

09/23/2009 WED 13:13   FAX                                    ☑ 007/005

OneSite - Final account statement   LaKeshia Edmond              Page 2 of 2

major credit bureaus. Please do not hesitate to contact our office if you have any questions

Manager





Apartment Lease Contract

**Moving In — General Information**

May 20, 2008
*when this Lease Contract is filled out*

1. **PARTIES.** This Lease Contract is between you the resident(s) (list all people signing the Lease Contract): **LaKeshia R. Edmond**

and us the owner: **AMLI Management Company on Behalf of the Owner**

2. **OCCUPANTS.** The apartment will be occupied only by you and (list all other occupants not signing the Lease Contract):

Jocelyn P. Edmond

3. **LEASE TERM.** The initial term of the Lease Contract begins on the day of **July**, **2008**, and ends at midnight the **21st** day of **September**, **2009**.

4. **SECURITY DEPOSIT.** The total security deposit for all residents is $ **500.00**

5. **KEYS.** FURNITURE AND AFFIDAVIT OF MOVE-OUT. You will be provided **2** apartment key(s), **2** mailbox key(s), and **1** other access device(s) for **Key Fob**.

6. **RENT AND CHARGES.** You will pay $ **1180.00** per month for rent.

**Special Provisions and What If Clauses**

10. **SPECIAL PROVISIONS.**

Paragraph 3 is modified such that, even though at least 60 days notice is required to terminate this lease at the end of its initial term, only a 30 day notice will be required to terminate this lease at the end of any month-to-month renewal term

LaKeshia R. Edmond

11. **UNLAWFUL EARLY MOVE-OUT; RELETTING CHARGE.** You'll be liable for a reletting charge of $ **1093.50** (not to exceed 85% of the highest monthly rent during the Lease Contract term, if you:

0520200801620ltx08031854

Not a Release. The accepting charge is not a Lease Contract cancellation or buyout fee. It is a liquidated amount covering only part of our damages, that is our time, effort, and expense in finding and processing a replacement...

13. DAMAGES AND REIMBURSEMENT. You must promptly pay or reimburse us for loss, damage, consequential damages, government fees or charges, or cost of repairs or service in the apartment community due to a violation of the Lease Contract or rules...

14. CONTRACTUAL LIEN AND PROPERTY LEFT IN APARTMENT. All property in the apartment is (unless exempt under Section 54.042 of the Texas Property Code) subject to a contractual lien to secure payment of delinquent rent. For this purpose, "apartment" excludes common-area items but includes interior living areas and exterior patios, balconies, attached garages, and storerooms for your exclusive use.

Removal After We Exercise Lien on Item...

Removal After Surrender, Abandonment, or Eviction...

Storage...

Redemption...

## While You're Living in the Apartment

18. COMMUNITY POLICIES OR RULES...

19. LIMITATIONS ON CONDUCT...

14. FAILING TO PAY FIRST MONTH'S RENT...

15. RENT INCREASES AND LEASE CONTRACT CHANGES...

16. DELAY OF OCCUPANCY...

17. DISCLOSURE RIGHTS...

20. PROHIBITED CONDUCT...

0520200831802ex0g031854

[illegible]

21\. PARKING. We may regulate the time, manner and place of parking [illegible]

(1) [illegible]
(2) [illegible]
(3) [illegible]
(4) [illegible]
(5) [illegible]
(6) [illegible]
(7) [illegible]
(8) [illegible]
(9) [illegible]
(10) [illegible]
(11) [illegible]
(12) [illegible]

22\. RELEASE OF RESIDENT. [illegible]

Death of Sole Resident. [illegible]

23\. MILITARY PERSONNEL CLAUSE. [illegible]

(1) [illegible]
(2) [illegible]

[illegible]

24\. RESIDENT SAFETY AND LOSS. [illegible]

Detection Devices. [illegible]

Loss. [illegible]

[illegible] liable for damage to our and others' property if damage is caused [illegible] water pipes due to your violating these requirements.

Crime or Emergency. Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, suspected criminal activity, or other emergency [illegible]

25\. CONDITION OF THE PREMISES AND ALTERATIONS. [illegible]

[illegible]

[illegible]

26\. REQUESTS, REPAIRS, AND MALFUNCTIONS. [illegible] – IT MUST BE SIGNED AND IN WRITING [illegible]

[illegible]

[illegible]

27\. ANIMALS. [illegible]

[illegible]

0520200801800 3txD8031054

Lakeshia R. Edmond

Your Initials ______, Initials of Our Representative ______

we won't be liable for loss, harm, sickness, or death of the animal unless due to our negligence. We'll return the animal to you upon request if it has not already been turned over to a humane society or local authority. You must pay for the animal's reasonable care and kenneling charges. We have no lien on the animal for any purpose.

28. WHEN WE MAY ENTER. If you or any guest or occupant is present, then repairers, servicers, contractors, our representatives, or other persons listed in (2) below may peacefully enter the apartment at reasonable times for the purposes listed in (2) below. If nobody is in the apartment, then such persons may enter peacefully and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary) if:

(1) written notice of the entry is left in a conspicuous place in the apartment immediately after the entry; and

(2) entry is for: responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke detector batteries; retrieving unreturned tools, equipment or appliances; preventing waste of utilities; exercising our contractual lien; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or security devices; removing or rekeying unauthorized security devices; removing unauthorized window coverings; stopping excessive noise; removing health or safety hazards (including hazardous materials) or items prohibited under our rules; removing perishable foodstuffs if your electricity is disconnected; removing unauthorized animals; cutting off electricity according to statute; retrieving property owned or leased by former residents; inspecting when immediate danger to person or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc.); allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing apartment to prospective residents (after move-out or vacate notice has been given); or showing apartment to government representatives for the limited purpose of determining housing and fire ordinance compliance, and to lenders, appraisers, contractors, prospective buyers, or insurance agents.

29. MULTIPLE RESIDENTS. Each resident is jointly and severally liable for all Lease Contract obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant constitute notice from all residents. Your notice of Lease Contract termination may be given only by residents. In eviction suits, each resident is considered the agent of all other residents in the apartment for service of process. Any resident who defaults under the Lease Contract will indemnify the non-defaulting residents and their guarantors.

Security deposit refund check and any deduction itemizations will be by (check one):

☐ one check jointly payable to all residents and mailed to any one resident we choose, OR

☐ one check payable and mailed to

____________________ (specify name of one resident).

If neither is checked, then the refund will be made in one check jointly payable to all residents.

## Replacements

30. REPLACEMENTS AND SUBLETTING. Replacing a resident, subletting, or assignment is allowed only when we consent in writing. If departing or remaining residents find a replacement resident acceptable to us before moving out and we expressly consent to the replacement, subletting, or assignment, then:

(1) a reletting charge will not be due;

(2) a reasonable administrative (paperwork) fee will be due, and a rekeying fee will be due if rekeying is requested or required; and

(3) the departing and remaining residents will remain liable for all Lease Contract obligations for the rest of the original Lease Contract term.

Procedures for Replacement. If we approve a replacement resident, then, at our option: (1) the replacement resident must sign this Lease Contract with or without an increase in the total security deposit; or (2) the remaining and replacement residents must sign an entirely new Lease Contract. Unless we agree otherwise in writing, your security deposit will automatically transfer to the replacement resident as of the date we approve. The departing resident will no longer have a right to occupancy or a security deposit refund, but will remain liable for the remainder of the original Lease Contract term unless we agree otherwise in writing—even if a new Lease Contract is signed.

## Responsibilities of Owner and Resident

31. RESPONSIBILITIES OF OWNER. We'll act with customary diligence to:

(1) keep common areas reasonably clean, subject to paragraph 25;

(2) maintain fixtures, hot water, heating, and A/C equipment;

(3) substantially comply with all applicable laws regarding safety, sanitation, and fair housing; and

(4) make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.

If we violate any of the above, you may possibly terminate this Lease Contract and exercise other remedies under Property Code Section 92.056 by following this procedure:

(a) all rent must be current, and you must make a written request for repair or remedy of the condition—after which we'll have a reasonable time for repair or remedy;

(b) if we fail to do so, you must make a second written request for the repair or remedy (to make sure that there has been no miscommunication between us)—after which we'll have a reasonable time for the repair or remedy; and

(c) if the repair or remedy still hasn't been accomplished within that reasonable time period, you may immediately terminate this Lease Contract by giving us a final written notice. You also may exercise other statutory remedies, including those under Property Code Section 92.0561.

Instead of giving the two written requests referred to above, you may give us one request by certified mail, return receipt requested, or by registered mail—after which we will have a reasonable time for repair or remedy. "Reasonable time" takes into account the nature of the problem and the reasonable availability of materials, labor, and utilities. Your rent must be current at the time of any request. We will refund security deposits and prorated rent as required by law.

32. DEFAULT BY RESIDENT. You'll be in default if: (1) you don't pay rent or other amounts that you owe on time; (2) you or any guest or occupant violates this Lease Contract, apartment rules, or fire, safety, health, or criminal laws, regardless of whether or where arrest or conviction occurs; (3) you abandon the apartment; (4) you give incorrect or false answers in a rental application; (5) you or any occupant is arrested, charged, detained, convicted, or given deferred adjudication or pretrial diversion for (a) an offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia as defined in the Texas Controlled Substances Act, or (b) any sex-related crime, including a misdemeanor; (6) any illegal drugs or paraphernalia are found in your apartment; or (7) you or any occupant, in bad faith, makes an invalid habitability complaint to an official or employee of a utility company or the government.

Eviction. If you default, we may end your right of occupancy by giving you a 24-hour written notice to vacate. Notice may be by: (1) regular mail; (2) certified mail, return receipt requested; (3) personal delivery to any resident; (4) personal delivery at the apartment to any occupant over 16 years old; or (5) affixing the notice to the inside of the apartment's main entry door. Notice by mail only will be considered delivered on the earlier of: (1) actual delivery, or (2) three days (not counting Sundays or federal holidays) after the notice is deposited in the U.S. Postal Service with postage. Termination of your possession rights or subsequent reletting doesn't release you from liability for future rent or other Lease Contract obligations. After giving notice to vacate or filing an eviction suit, we may still accept rent or other sums due; the filing or acceptance doesn't waive or diminish our right of eviction, or any other contractual or statutory right. Accepting money at any time doesn't waive our right to damages, past or future rent or other sums, or to continue with eviction proceedings.

Acceleration. All monthly rent for the rest of the Lease Contract term or renewal period will be accelerated automatically without notice or demand (before or after acceleration) and will be immediately due and delinquent if, without our written consent: (1) you move out, remove property in preparing to move out, or give oral or written notice (by you or any occupant) of intent to move out before the Lease Contract term or renewal period ends; and (2) you've not paid all rent for the entire Lease Contract term or renewal period. Such conduct is considered a default for which we need not give you notice. Remaining rent also will be accelerated if you're judicially evicted or move out when we demand because you've defaulted. Acceleration is subject to our mitigation obligations below.

Holdover. You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (2) rent for the holdover period will be increased by 25% over the then-existing rent, without notice; (3) you'll be liable to us (subject to our mitigation duties) for all rent for the full term of the previously signed Lease Contract of a new resident who can't occupy because of the holdover; and (4) at our option, we may extend the Lease Contract term for up to one month from the date of notice of Lease Contract extension by delivering written notice to you or your apartment while you continue to hold over.

Other Remedies. If your rent is delinquent and we give you 5 days' prior written notice, we may terminate electricity that we've furnished at our expense, unless governmental regulations provide otherwise. We may report unpaid amounts to credit agencies. If you default and move out early, you will pay us any amounts stated to be rental discounts or concessions agreed to in writing, in addition to other sums due. Upon your default, we have all other legal remedies, including Lease Contract termination and statutory lockout under Section 92.0081 of the Property Code. Unless a party is seeking exemplary, punitive, sentimental or personal-injury damages, the prevailing party may recover from the non-prevailing party attorney's fees and all other litigation costs. We may recover attorney's fees in connection with enforcing our rights under this Lease Contract. You agree that late charges are liquidated damages and a reasonable estimate of such damages for our time, inconvenience, and overhead in collecting late rent (but are not for attorney's fees and litigation costs). All unpaid amounts you owe, including judgments, bear 18% interest per year from due date, compounded annually. You must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline.

Mitigation of Damages. If you move out early, you'll be subject to paragraph 11 and all other remedies. We'll exercise customary diligence to relet and minimize damages. We'll credit all subsequent rent that we actually receive from subsequent residents against your liability for past-due and future rent and other sums due.

05202008018004ex08031854

Lakeshia K. Edwards

Your Initials: ______ Initials of Our Representative: ______

 © 2007, Texas Apartment Association, Inc. 

XVd 91:51 OZW 600Z/£1/60

## General Clauses

33. **MISCELLANEOUS.** Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between you and us. Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing. No action or omission by us will be considered a waiver of our rights or of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, acceleration, liens, or other rights isn't a waiver under any circumstances. Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo, letter or fax that was given, as well as any fax transmittal verification. Fax signatures are binding. All notices must be signed. Notices may not be given by email.

Exercising one remedy won't constitute an election or waiver of other remedies. Insurance subrogation is waived by all parties. All remedies are cumulative. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf. This Lease Contract binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract. All notices and documents may be in English and, at our option, in any language that you read or speak. All provisions regarding our nonliability and nondual apply to our employees, agents, and management companies. This Lease Contract is subordinate to existing and future recorded mortgages, unless the owner's lender chooses otherwise. All Lease Contract obligations must be performed in the county where the apartment is located.

We may deactivate or not install keyless bolting devices on your doors if (1) you or an occupant in the dwelling is over 55 or disabled, and (2) the requirements of Section 92.153(e) or (f) of the Property Code are satisfied.

Cable channels that are provided may be changed during the Lease Contract term if the change applies to all residents. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting.

Residents may have rights under Texas law to terminate the lease in certain situations involving family violence or a military deployment or transfer.

34. **PAYMENTS.** Payment of all sums is an independent covenant. At our option and without notice, we may apply money received (other than sale proceeds under paragraph 13 or utility payments subject to governmental regulation) first to any of your unpaid obligations, then to current rent, regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments.

35. **TAA MEMBERSHIP.** We represent that, at the time of signing this Lease Contract or a Lease Contract Renewal Form: (1) we; (2) the management company that represents us; or (3) any locator service that procured you is a member in good standing of both the Texas Apartment Association and the affiliated local apartment association for the area where the apartment is located. The member is either an owner/management company member or an associate member doing business as a locator service (whose name and address is disclosed on page 6). If not, the following applies: (1) this Lease Contract is voidable at your option and is unenforceable by us (except for property damages); and (2) we may not recover past or future rent or other charges. The above remedies also apply if both of the following occur: (1) the Lease Contract is automatically renewed on a month-to-month basis two or more times after membership in TAA and the local association has lapsed; and (2) neither the owner nor the management company is a member of TAA and the local association at the time of the third automatic renewal. A signed affidavit from the local affiliated apartment association attesting to non-membership when the Lease Contract or renewal was signed will be conclusive evidence of non-membership. The Lease Contract is voidable at your option if the Lease Contract or any lease addendum (that is a copyrighted TAA form) fails to show at the bottom of each page the names of all original residents listed in paragraph 1, or contains the same form identification code as any other resident's Lease Contract or lease addendum, or if your TAA Rental Application contains the same form identification code as any other resident's Rental Application. Governmental entities may use TAA forms if TAA agrees in writing.

## Security Guidelines for Residents

36. **SECURITY GUIDELINES.** We care about your safety and that of other occupants and guests. No security system is failsafe. Even the best system can't prevent crime. Always act as if security systems don't exist since they are subject to malfunction, tampering, and human error. We disclaim any express or implied warranties of security. The best safety measures are the ones you perform as a matter of common sense and habit.

Inform all other occupants in your apartment, including any children you may have, about these guidelines. We recommend that all residents and occupants use common sense and follow crime-prevention tips, such as those listed below.

- In case of emergency, call 911. Always report emergencies to authorities first and then contact the management.
- Report any suspicious activity to the police first, and then follow up with a written notice to us.
- Know your neighbors. Watching out for each other is one of the best defenses against crime.
- Always be aware of your surroundings, and avoid areas that are not well traveled or well lit.
- Keep your keys handy at all times when walking to your car or home.
- Do not go inside if you arrive home and find a door open. Call the police from another location and ask them to meet you before entering.
- Make sure door locks, window latches and sliding glass doors are properly secured at all times.
- Use the keyless deadbolt on your door while you are at home.
- Don't put your name or address on your key ring or hide extra keys in obvious places like under a flower pot. If you lose a key or have concerns about key safety, we will rekey your locks at your expense, in accordance with paragraph 9 of the Lease Contract.
- Check the door viewer before answering the door. Don't open the door if you don't know the person or have any doubts. Children who are old enough to take care of themselves should never let anyone inside when home without an adult.
- Regularly check your security devices and detection devices to make sure they are working properly. Detection device batteries should be tested monthly and replaced at least twice a year.
- Immediately report in writing (dated and signed) to us any needed repairs of security devices, doors, windows, detection devices, as well as any other malfunctioning safety devices on the property, such as broken access gates, burned out exterior lights, etc.
- If your doors or windows are not secure due to a malfunction or break-in, stay with a friend or neighbor until the problem is fixed.
- When you leave home, make sure someone knows where you're going and when you plan to be back.
- Lock your doors and leave a radio or TV playing softly while you're gone. Close curtains, blinds and window shades at night.
- While gone for an extended period, secure your home and use lamp timers. Also stop all deliveries (such as newspaper and mail) or have these items picked up daily by a friend.
- Know at least two exit routes from your home, if possible.
- Don't give entry keys, codes or gate access cards to anyone.
- Always lock the doors on your car, even while driving. Take the keys and remove or hide any valuables. Park your vehicle in a well-lit area.
- Check the backseat before getting into your car. Be careful stopping at gas stations or automatic teller machines at night or anytime when you suspect danger.

There are many other crime prevention tips readily available from police departments or others.

## When Moving Out

37. **MOVE-OUT NOTICE.** Before moving out, you must give our representative advance written move-out notice as provided below. Your move-out notice will not release you from liability for the full term of the Lease Contract or renewal term. You will still be liable for the entire Lease Contract term if you move out early (paragraph 23) except under the military clause (paragraph 22). YOUR MOVE-OUT NOTICE MUST COMPLY WITH EACH OF THE FOLLOWING:

- We must receive advance written notice of your move-out date. The advance notice must be at least the number of days of notice required in paragraph 3 or in special provisions—even if the Lease Contract has become a month-to-month lease. If a move-out notice is received on the first, it will suffice for move-out on the last day of the month of intended move-out, provided that all other requirements below are met.
- The move-out date in your notice [check one]: ☐ must be the last day of the month, or ☒ may be the exact day designated in your notice. If neither is checked, the second applies.
- Your move-out notice must be in writing. Oral move-out notice will not be accepted and will not terminate your Lease Contract.
- Your move-out notice must not terminate the Lease Contract sooner than the end of the Lease Contract term or renewal period.
- If we require you to give us more than 30 days written notice to move-out before the end of the lease term, we will give you a written reminder not less than 5 days nor more than 90 days before your deadline for giving us your written move-out notice. If we fail to provide a reminder notice, 30 days written notice to move-out is required.

YOUR NOTICE IS NOT ACCEPTABLE IF IT DOES NOT COMPLY WITH ALL OF THE ABOVE. We recommend you use our written move-out form to ensure you provide the information needed. You must obtain from our representative written acknowledgment that we received your move-out notice. If we terminate the Lease Contract, we must give you the same advance notice—unless you are in default.

052020080180051x08031854

LaKeshaa R. [illegible]

Your Initials ______ Initials of Our Representative ______

[illegible] [illegible]

**36. MOVE-OUT PROCEDURES.** ...

**37. CLEANING.** ...

**38. MOVE-OUT INSPECTION.** ...

**39. SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.** ...

**41. DEPOSIT RETURN, SURRENDER, AND ABANDONMENT.** ...

## Signatures, Originals and Attachments

**43. ORIGINALS AND ATTACHMENTS.** ...

☐ Lease Cost Addendum
☐ Additional Special Provisions
☐ Animal Addendum
☐ Apartment Rules or Community Policies
☐ Asbestos Addendum (if asbestos is present)
☐ Early Termination Addendum
☐ Enclosed Garage Carport or Storage Unit Addendum
☐ Inventory & Condition Form
☐ Insurance Alarm Addendum
☐ Lead Hazard Information and Disclosure Addendum
☐ Lease Contract Guaranty
☐ Legal Description of Apartment
☐ Military SCRA Addendum
☐ Utility Submetering and Allocation Addendum
☐ Move-Out Cleaning Instructions
☐ Notice of Intent to Move Out Form
☐ Parking Permit or Sticker
☐ Rent Concession Addendum
☐ Renter's or Liability Insurance Addendum
☐ Repair or Service Request Form
☐ Satellite Dish or Antenna Addendum
☐ TAA Inventory Guide
☐ Utility Allocation Addendum for ☐ electricity ☐ water ☐ gas
☐ Utility Submetering Addendum for ☐ water ☐ gas
☐ Other
☐ Other

Name and address of locator, if any:

You are legally bound by this document. Please read it carefully.

Before submitting a rental application or signing a Lease Contract, you may take a copy of these documents to review and/or consult an attorney.

Additional provisions or changes may be made in the Lease Contract if agreed to in writing by all parties.

You are entitled to receive an original of this Lease Contract after it is fully signed. Keep it in a safe place.

Resident or Residents (all sign below)

Lakeshia R. Edmond

Owner or Owner's representative (signing on behalf of owner)

Address and phone number of owner's representative for notice purposes

After-hours phone number
(Always call 911 for police, fire, or medical emergencies)

Date form is filled out (same as on top of page 1): 05/20/2008



LaKeshia Edmond

11504 Gloriosa Drive

Fort Worth Texas 76244

Sovereign Professional Services

Good morning my name is LaKeshia Edmond and I am the plaintiff and business owner that has filed these cases in your court.

I am not sure if who's attention this needs to go to, but I have already paid for postage for you to return to the defendants, as well as myself.

You should receive two envelopes that have USPS return mail receipts in both as well as Signature Confirmation per instruction sheet.

If you need to reach me please contact me at 817 653 1393.

Thanks,

Keshia Edmond

FILED

SEP 2 2015

LAFAYETTE WOODS, SR.
Circuit Clerk
JEFFERSON COUNTY, ARKANSAS