## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LAKESHIA R. EDMOND**                                                                                   **PLAINTIFF**

**VS.**                               **No. 5:15-CV-00339-BRW**

**FAIR COLLECTIONS & OUTSOURCING INC.**                                       **DEFENDANT**

### ORDER

In a November 17, 2015 letter, I advised Plaintiff that if she did not respond by Tuesday, November 24, 2015 to Defendant's Motion to Transfer Venue to the Northern District of Texas, I would grant the motion. Plaintiff did not file a response by the deadline.

Accordingly, Defendant's Motion to Transfer Venue (Doc. No. 9) is GRANTED. The Clerk of the Court is directed to immediately transfer this case to the United States District Court, Northern District of Texas, Fort Worth Division. The Motion to Dismiss for Lack of Jurisdiction (Doc. No. 7) is DENIED as MOOT.

IT IS SO ORDERED this 3rd day of December, 2015.

                                        /s/ Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE